OFFICE OF DISCIPLINARY COUNSEL *v.* MANDEL.

[Cite as *Disciplinary Counsel v. Mandel* (2000), 90 Ohio St.3d 401.]

(No. 00–1108—Submitted August 22, 2000—Decided December 13, 2000.)

402

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Kenneth R. Donchatz,* Assistant Disciplinary Counsel, for relator.

*Don L. Hanni,* for respondent.

---

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.